[No. 3024-5-III. Division Three. January 8, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER DALE SANDS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 4375, B. J. McLean, J., entered July 18, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 2873-9-III. Division Three. January 8, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE ORTEGA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 78-1-00083-1, Carl L. Loy, J., entered April 19, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff and Roe, JJ.

[No. 2930-1-III. Division Three. January 8, 1980.]

UNITED PACIFIC INSURANCE CO., *Respondent*, v. EUGENE COOK, ET AL, *Defendants*, PERRY R. THORNTON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 60573, Fred R. Staples, J., entered April 19, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.